FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

**FILED**

OCT 23 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Brent M. Bleam Jr #720-554
(Enter above the full name of the plaintiff in this action) Pro se

vs.

James A. Fritz,
Management Training Center,
Brian Elliott
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 3:20 CV 2421

JUDGE **JUDGE HELMICK**

**COMPLAINT**

deprivation of Rights

MAG. JUDGE JAMES R. KNEPP II

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☒

B. If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs_____

    _____

    Defendants_____

    _____

2. Court (if federal court, name the district; if state court, name the county)

    _____

3. Docket Number_____

4. Name of judge to whom case was assigned_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement **Ohio State Penitentiary**

A. Is there a prisoner grievance procedure in this institution? YES ☒ NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
YES ☒ NO ☐

C. If your answer is YES,

1. What steps did you take? **I wrote an informal Complaint, a grievance, and an appeal.**

2. What was the result? **None of the Complaints were answered an had to be sent twice to get to the institution. And still No. Reply.**

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
YES ☐ NO ☐

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Brent M. Bleam Jr #720-554

Address 818 Coitsville-hubbard road, youngstown, OH 44505

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant James A. Fritz is employed as Correctional Officer at North Central Correctional Institution

C. Additional Defendants Management Training Center, Employer, Brian Elliott Correctional officer, North Central Correctional Institution.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

1) On February 15th, 2019 after chow was over with, I was on the otherside of the Dorm tattooing, when I was approached by an unknown inmate that said "Yo that C.O. Fritz is tellin MF's your a snitch cause you told on him."

2) The day before his partner asked me if he (Fritz) gave me permission to shoot. I told him that he did. So after that Fritz found me an told me to put it up till the (LT.) left. I did.

3) The next day I asked Fritz if I could shoot, he said yes make sure you have a watchout for the black shirt.

(Statement of Claim Continued)

4.) So about 10mins later an inmate approached me an told me that C.O Fritz was telling people I was a snitch.

5.) I approached the C.O Fritz in front of other inmates and asked him if he was telling people I was a snitch. He responded "Yea, you told on me you snitch ass bitch."

6.) As a result it lead to an assault in fear of my life and safety. prior to an inmate being Murdered for the Same exact thing at Mansfield Correctional Institution, where I was prior to NCCI.

7.) After the signal 14 was Called to the Dorm Marion Unit A/B, I was Cuffed and escorted out to a Sally port, where I was Cornered in by more than 12 Correctional Officers yelling an spitting in my face.

8.) LT. Brian Elliott and another officer escorted me to Medical, on the way there the Captain told the Officers to bring me to shift office. LT. Elliott then told me "You know what that means?" Upon entering the shift hallway I was told to stand still an wait. The Captain (John doe) then Came out an told the other officers to close the door. He began to throw me up against the wall while I was still Cuffed, screaming "why did I hit his officer repeatedly. I told him why, then he told LT Elliott "to get this ass out of here."

9.) Upon leaving LT. Brian Elliott struck me in the side of my head while I was Cuffed. I was then escorted to Medical an taunted by LT. Elliott all the way to T.P.U an R-N-D an Rode out to S.O.C.F. in Lucasville the same night. 10.) Management Training Center employs both CO Fritz and LT. Elliot.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I would like the Officers And their employer to be held accountable an punished just as equally as Me. and any other Relief the Courts deem Neccassary. Such as payment for Mental anguish in the Sum of $2,500.00 an the pain an suffering, and emotional distress in the Sum of $5,000.00. As a result of all this i am Now on a Mental health Case load and im scared of all authority. The officer Negligently and deliberately put my life in danger Knowing my S.T.G. status. And the Sum of $10,000.00 from defendant Brian elliott for Mental Anguish and emotional Distress.

Signed this 4th day of June, 2020

I declare under penalty of perjury that the foregoing is true and correct.

6/4/2020
(Date)

(Signature of Plaintiff) Pro Se

c:\wptext\complaint.prisoner
revised November 1997